IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHARDA L. MULLINS-MOORE                                                                  PLAINTIFF

vs.                              Civil No. 1:21-CV-01006

SGT. SONJA COLLIER, Jail Administrator, Columbia
County; DOUG WOODS[1]; and LADONNA YOUNG,
Nurse, Columbia County Detention Center                                         DEFENDANTS

## JUDGMENT

For the reasons stated in the Memorandum Opinion of even date, Defendant's Motion for Summary Judgment (ECF No. 19) is hereby **GRANTED**. All of Plaintiff's claims against Defendants Sonja Collier, Doug Wood, and Ladonna Young are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED,** this **24th day of March 2022**.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Doug Wood is incorrectly referred to in the case caption as "Woods".